08-15-00144-CV

**KARLA KIMBRELL**
*Official Court Reporter, 380ᵗʰ District Court*
*2100 Bloomdale Road*
*McKinney, Texas 75071*
*(972) 548-4661*
*kkimbrell@co.collin.tx.us*

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

5/12/2015 1:09:04 PM

DENISE PACHECO
Clerk

May 12, 2015

Denise Pacheco, Clerk
Court of Appeals
Eighth District
El Paso County Courthouse
500 E. San Antonio St., Suite 1203
El Paso, Texas 79901-2421

Re: Josephine Eskenazi vs. Stephen Bergenholtz;
Cause No. 380-51444-2008, COA No. 08-15-00144-CV

After discussion with Appellant's counsel today, a request has now been made for the Reporter's Record in the above case.

As such, an extension of 30 days for preparation of the Record is requested.

If you should have any questions, please feel free to contact me.

Sincerely,

Karla Kimbrell
Official Court Reporter, 380ᵗʰ District Court

CC: Collin County District Clerk